# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MASIMORE; BRODBECKS LAW, PLLC,<br><br>Plaintiffs,<br><br>vs.<br><br>GAURAV KUMAR SRIVASTAVA,<br><br>Defendant. | Case No.: 2:25-cv-07505-PA-E<br><br>**ORDER** |

The Court, having considered the Parties' Stipulated Briefing Schedule and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

Plaintiffs' Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss and Anti-SLAPP Motion to Strike the Complaint (the "Motion") shall be due on or before February 13, 2026;

Defendants' Reply in support of the Motion shall be due on or February 27, 2026;

The hearing on the Motion shall be on March 16, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  January 29, 2026

_____
Percy Anderson
United States District Judge