**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JASON MASIMORE; BRODBECKS LAW, PLLC,

        Plaintiffs,

    v.

GAURAV KUMAR SRIVASTAVA,

        Defendant.

CV 25-7505 PA (Ex)

JUDGMENT

Pursuant to the Court's May 7, 2026 Minute Order granting the Motion to Dismiss filed by defendant Gaurav Kumar Srivastava ("Defendant") and dismissing without leave to amend the 1st Amended Complaint filed by plaintiffs Jason Masimore and Brodbecks Law, PLLC (collectively "Plaintiffs"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.    The action filed by Plaintiffs is dismissed with prejudice; and

2.    Defendant shall recover from Plaintiffs his costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: May 7, 2026                   _____

                                       Percy Anderson
                             UNITED STATES DISTRICT JUDGE