# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MASIMORE; BRODBECKS LAW, PLLC, | Case No.:  2:25-cv-07505-PA-E |
| Plaintiffs, | **ORDER** |
| vs. | |
| GAURAV KUMAR SRIVASTAVA, | |
| Defendant. | |

ORDER

The Court, having considered the Parties' Stipulated Briefing Schedule and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

Plaintiffs' Opposition to Defendant's Motion for Attorney's Fees pursuant to California Code of Civil Procedure section 425.16(c) (the "Motion") shall be due on or before June 15, 2026;

Defendants' Reply in support of the Motion shall be due on or June 29, 2026;

The hearing on the Motion shall be on July 20, 2026 at 1:30 p.m.

IT IS SO ORDERED.

Dated:  May 27, 2026

_____
Percy Anderson
United States District Judge

1

ORDER