# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JASON MASIMORE; BRODBECKS LAW, PLLC,

        Plaintiffs,

    vs.

GAURAV KUMAR SRIVASTAVA,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:25-cv-07505-PA-

**ORDER**

The Court, having considered the Parties' Stipulation Regarding Posting of Bond Pending Appeal, hereby GRANTS the Stipulation and ORDERS as follows:

Plaintiffs shall post a bond in the amount of $206,966.81;

Upon posting of the bond, all proceedings and actions to enforce the Fee Order shall be stayed pending resolution of Plaintiffs' appeal of the Fee Order.

IT IS SO ORDERED.

Dated:  August 10, 2026

_____
Percy Anderson
United States District Judge