cc: FISCAL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JASON MASIMORE; BRODBECKS LAW, PLLC,

Plaintiffs,

vs.

GAURAV KUMAR SRIVASTAVA,

Defendant.

Case No.: 2:25-cv-07505-PA-E

**ORDER**

The Court, having considered the Parties' Stipulation for Order Authorizing Deposit of Cash Bond into Court Registry Pursuant to Fed. R. Civ. P. 67 and L.R. 65-10, hereby GRANTS the Stipulation and ORDERS as follows:

1. Pursuant to Fed. R. Civ. P. 67 and Local Rule 65-10, Plaintiffs Jason Masimore and Brodbecks Law PLLC through their counsel, are authorized to deposit the sum of $206,966.81 via a cashier's check made payable to "Clerk, U.S. District Court" into the registry of the Court within five (5) days from the date of this Order.

2. The Clerk of Court is directed to accept this deposit and place the funds into an interest-bearing account (the Court Registry Investment System, CRIS) pending further order of this Court.

3. In accordance with Local Rule 67-2, the Clerk will deduct from the income earned on the investment a registry fee as authorized by the Judicial Conference of the United States.

4. Plaintiffs shall serve a copy of this signed Order directly upon the Clerk of Court or the Chief Deputy Clerk in compliance with Local Rule 67-1 to facilitate processing.

5. Upon acceptance of the deposit, all proceedings and actions to enforce the Fee Order shall be stayed pending resolution of Plaintiffs' appeal of the Fee Order.

IT IS SO ORDERED.

Dated: September 22, 2026

Percy Anderson
United States District Judge